UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 17-Cr-243 (SHS) |
| -v- | : | ORDER |
| SHAHRAM KETABCHI, | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    The Court having received defendant's motion to vacate under 28 U.S.C. § 2555 [Doc. No. 671],

    IT IS HEREBY ORDERED that the government shall respond to the motion on or before April 5, 2022.

Dated: New York, New York
        March 22, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.