*order, p. 2*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

SHAHRAM (STEVE) KETABCHI,

Defendant.

Case No. 22 Civ 2323 (SHS)
(Crim No. 1:17-cr-00243-SHS-3)

Hon. Sidney H. Stein
United States District Judge

---

## MOTION FOR COURT TO SET REPLY DEADLINE

I, Shahram (Steve) Ketabchi, petitioner herein and defendant in the underlying criminal case, proceeding *pro se*, herewith move to this Court to afford me the opportunity to reply to the *Memorandum of Law of the United States in Opposition to Motion to Vacate*, Dkt.7, filed May 17, 2022.

1.  Pursuant to Rule 5(d) of the *Rules Governing Section 2255 Proceedings*, a movant "may submit a reply to the respondent's answer or other pleading within a time fixed by the judge." Petitioner herewith moves this Court to permit him to reply to the Government's *Response* by the close of business on Wednesday, June 22, 2022.

2.  I ask that I be afforded this time to respond. I only received a copy of the *Memorandum in Opposition* on May 25, 2022. I require time to review, research and respond to the Government's position.

3.  The length of time I seek will provide me with a reasonable and adequate time to research and prepare a reply. Such a reply will help ensure a complete record and assist the Court in resolving my § 2255 motion on the merits, as well as permit me time to work with witnesses who can provide declarations rebutting the Government position.

5.  The period sought for a reply will not unduly delay the resolution of the proceeding, nor will it prejudice the Government or tax the resources of the Court. I have already served my sentence. As a *pro se* litigant, I require the requested time to collect the information I need and to draft a reply. The limitations facing *pro se* litigants are well known and provide good cause for the grant of this request.

WHEREFORE, good cause having been shown, the Court should permit me to reply to the Government's *Memorandum in Opposition* by the close of business on Wednesday, June 22, 2022. The statements of fact made herein are true, under penalty of perjury.

Executed May 26, 2022

S.92
Shahram Ketabchi
30595 Trabuco Canyon Rd, Unit 891
Trabuco Canyon, CA 92678-9998
Phone: (949) 244-8588
Email: positivefaith@gmail.com.

*[Handwritten annotation:]* June 2, 2022. Application granted. The Clerk's Office shall send a copy of the Order to Mr. Ketabchi. So ordered. /s/ Sidney H. Stein, U.S.D.J.

-2-